TREASURER AND RECEIVER GENERAL *vs.* CITY OF FITCHBURG.

Suffolk.   January 3, 1921. — January 19, 1921.

Present: RUGG, C. J., BRALEY, DE COURCY, CROSBY, & CARROLL, JJ.

*Pauper.   Settlement.*

*Needham* v. *Fitchburg, ante,* 354, followed.

CONTRACT, under St. 1907, c. 474, § 10, as amended by St. 1912, c. 17, for $296.56 for the support of the Harry B. S. Hinds described in the case of *Needham* v. *Fitchburg, ante,* 354, in Lake-

ville State Sanatorium from May 28, 1917, to October 28, 1918. Writ dated May 25, 1920.

In the Superior Court, the case was heard by *Sisk*, J., without a jury, upon an agreed statement of facts, which, as to the question of settlement of Hinds, were the same as those agreed upon in *Needham* v. *Fitchburg, ante*, 354, and the defendant asked for substantially the same rulings of law as in that case, relying solely on the contention, there raised, that Hinds had lost his settlement in Fitchburg.

The judge on the question of the settlement of Hinds made the same rulings as in the previous case, found for the plaintiff in the sum of $296.56 and interest and reported the case for determination by this court.

The case was submitted on briefs. '

*C. T. Flynn*, for the defendant.

*J. W. Allen*, Attorney General, & *J. R.* Benton, Assistant Attorney General, for the plaintiff.

BRALEY, J. It is settled by *Needham* v. *Fitchburg, ante*, 354, that on the agreed facts in the present case, Hinds, during the time he was an inmate of the tuberculosis department of the "Lakeville State Sanatorium," had his legal settlement in the defendant city. It having been agreed that no security was given for his support, nor any payment made therefor, and the amount not being in dispute, judgment for the plaintiff should be entered. St. 1902, c. 213, as amended by St. 1907, c. 386. St. 1907, c. 474, § 10, as amended by St. 1912, c. 17, § 1.

*So ordered.*